# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Noem Veta,<br><br>    Petitioner,<br><br>v.<br><br>David Shinn,<br><br>    Respondent. | NO. CV-20-00478-TUC-CKJ<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 13, 2021, judgment of dismissal is entered, and this action is hereby dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 13, 2021

　　　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　　By　　Deputy Clerk